No. 74–5842. WILLIAMS *v.* DEPARTMENT OF INSTITUTIONS AND AGENCIES, DIVISION OF PUBLIC WELFARE, ET AL. Super. Ct. N. J. Certiorari denied.

No. 74–5859. PARKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–5860. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5863. DOLAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–5870. McMILLAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–5873. FLOOD *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 74–5875. KOEHLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5877. CYPRYLA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–5881. GRANZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5892. SAWYER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5894. BALDWIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5895. ISSOD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–5901. MACK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.